# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ABBAGAYLE MARIE MAGET                                                      PLAINTIFF
a/k/a KEVIN LEE MAGET
ADC # 159556

v.                                    4:24CV00208-BSM-JTK

SHAWN RICHARD, et al.                                                      DEFENDANTS

## ORDER

Having reviewed Plaintiff's Complaint (Doc. No. 2) for screening purposes only,[1] the service of Plaintiff's claims against Defendant Shawn Richard and Defendant Tracee Brown is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court is directed to prepare Summonses for Defendant Shawn Richard and Defendant Tracee Brown. The United States Marshal is directed to serve a copy of Plaintiff's Complaint (Doc. No. 2) and Summons on each of these Defendants, along with a copy of this Order, without prepayment of fees and costs or security therefore.

Service on Defendant Richard should be attempted through Hardin, Jesson & Terry, PLC, Attn: Kirkman Dougherty, 5000 Rogers Avenue, Suite 500, Fort Smith, Arkansas 72903.

Service on Defendant Brown should be attempted through the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612.

Dated this 9th day of April, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).