IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ABBAGAYLE MARIE MAGET**                                                                                      **PLAINTIFF**
a/k/a KEVIN LEE MAGET
ADC #159556

v.                                              CASE NO. 4:24-CV-00208-BSM-JTK

**SHAWN RICHARD,** *et al.*                                                                                     **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 19] is adopted. Defendants' motion for partial summary judgment [Doc. No. 10] is granted as to Natalie Brush-Strode and denied as to Shawn Richard. Abbagayle Maget's claims against Brush-Strode are dismissed without prejudice for failure to exhaust administrative remedies, and Brush-Strode is terminated as a party.

IT IS SO ORDERED this 3rd day of June, 2024.

                                                                                       UNITED STATES DISTRICT JUDGE