IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ABBAGAYLE MARIE MAGET**　　　　　　　　　　　　　　　　**PLAINTIFF**
a/k/a KEVIN LEE MAGET
*ADC #159556*

v.　　　　　　　CASE NO. 4:24-CV-00208-BSM

**SHAWN RICHARD,** *et al.*　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 40] is adopted. Defendant Tracee Brown's motion for summary judgment on the issue of exhaustion [Doc. No. 32] is granted, and Maget's claims against Brown are dismissed without prejudice for failure to exhaust administrative remedies. The clerk is directed to terminate Brown as a party.

IT IS SO ORDERED this 23rd day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE