# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ABBAGAYLE MAGET**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
ADC #159556

v.　　　　　　　　　CASE NO. 4:24-cv-00208-BSM

**SHAWN RICHARD**　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 55] is adopted and Shawn Richard's motion for summary judgment [Doc. No. 50] is granted; Abbagayle Maget's claims against Richard are dismissed with prejudice; and the complaint is dismissed.

IT IS SO ORDERED this 8th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE