# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ABBAGAYLE MAGET**  **PLAINTIFF**
ADC #159556

v.   CASE NO. 4:24-cv-00208-BSM

**SHAWN RICHARD**  **DEFENDANT**

## ORDER

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE